Joseph T. Lane and Another, Appellants, v. Joseph H. Paley, Respondent.— Judgment affirmed, with costs. Appeals from two orders dismissed, without costs. All concur.

Nicholas Ineich and Another, Respondents, v. Frank G. Kautz and Another, Appellants.— Judgment affirmed, with costs. All concur.

Trinacia Real Estate Company, Incorporated, Appellant, v. Standard Fire Insurance Company, Respondent.— Judgment affirmed, with costs. All concur.

Clyde C. Baker, Respondent, v. Timothy J. Toomey, Appellant.— Judgment and order affirmed, with costs. All concur.

First Trust and Deposit Company, Respondent, v. Holt & Thomas, Incorporated, Appellant.— Judgment reversed on the law, with costs, and motion denied on the ground that the moving papers are insufficient to comply with rule 113 of the Rules of Civil Practice in that they fail to set forth a belief on the part of the affiant making the statement on plaintiff's behalf that there was no defense as required by the rule. All concur.

Henry G. Brabston, Appellant, v. John H. Gallinger and Another, Respondents.— Judgment affirmed, with costs. All concur.

Ervine C. Eichorn and Another, Respondents, v. Provo Brothers, Incorporated, Appellant.— Judgment and order affirmed, with costs. All concur.

Z. & M. Independent Oil Company, Incorporated, Respondent, v. Minet Auto Sales and Garage Corporation and Others, Defendants, and Augustus F. DeBarr, Appellant.— Judgment affirmed, with costs. All concur.

William J. Jennings, Respondent, v. City of Syracuse, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury to the effect that the locus in quo was in a public street is contrary to and against the weight of the evidence. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance.

Harry C. Corke, Respondent, v. City of Syracuse, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury to the effect that the locus in quo was in a public street is contrary to and against the weight of the evidence. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance.

Gertrude Corke, Respondent, v. City of Syracuse, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding of the jury to the effect that the locus in quo was in a public street is contrary to and against the weight of the evidence. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance.

Beulah D. Bardo, as Administratrix, etc., of Carl A. Bardo, Deceased, Respondent, v. Walter H. Cleveland and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

Darwin Camp, Respondent, v. W. G. Fritz Construction Company, Appellant.— Judgment and order affirmed, with costs. All concur.

The People of the State of New York ex rel. Delaware, Lackawanna and Western Railroad Company and Others, Respondents, to Frank Wildy